IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-36 |
| | ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED | ) | |
| INTEGRATED MANAGEMENT SERVICES, | ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

Defendants Advanced Integrated Management Services, Inc. ("AIMSI") and David F. Reeder move to adopt Defendant Reginald L. Hall's Objections [Doc. 80] to Magistrate Judge's Report and Recommendation to Deny Motions to Dismiss. [Docs. 81, 82]. Defendants AIMSI and David F. Reeder also seek to adopt Defendant Reginald L. Hall's reply [Doc. 90] to the government's response. [Docs. 91, 92].

For good cause shown, the motions to adopt [Docs. 81, 82, 91, 92] filed by Defendants AIMSI and David F. Reeder are **GRANTED**.

**IT IS SO ORDERED.**

          **ENTER:**

             s/ H. Bruce Guyton
            United States Magistrate Judge