IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-36 |
| | ) | (VARLAN/GUYTON) |
| REGINALD L. HALL, ADVANCED | ) | |
| INTEGRATED MANAGEMENT SERVICES, | ) | |
| INC. ("AIMSI"), and DAVID F. REEDER, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

Defendants David F. Reeder and Advanced Integrated Management Services, Inc. ("AIMSI") move to adopt Defendant Reginald L. Hall's Post Hearing Brief filed on May 19, 2006. [Docs. 96, 97]. For good cause shown, the motions to adopt [Docs. 96, 97] filed by Defendants David F. Reeder and AIMSI are **GRANTED**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge